Barry L. Katz
225 City Avenue, Suite 14
Bala Cynwyd, PA 19004
(610) 660-8806

Attorney for the Petitioner
Dicalite Armenia, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DICALITE ARMENIA, INC.<br><br>　　　　　　Petitioner,<br><br>　-against-<br><br>PROGRESS BULK CARRIERS, LTD.<br><br>　　　　　　Respondent. | AMENDED NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD AND TO ENTER JUDGMENT<br><br>No. 07 Civ 8660 (WHP) |

PLEASE TAKE NOTICE that upon the annexed Petition to Confirm Arbitration Award and to Enter Judgment, the Affidavit of Barry L. Katz, and the exhibits attached thereto, and upon the Opinion and Award of the Panel of Arbitrators (the "Award") in the arbitration proceeding between petitioner Dicalite Armenia, Inc. ("Dicalite"), and respondent Progress Bulk Carriers, Ltd. ("Progress Bulk"), signed on August 31, 2007 by the arbitrators, an application will be made on November 2, 2007, or as soon thereafter as counsel can be heard, for an order (i) confirming the Opinion and Award, (ii) entering judgment in Dicalite's favor in the amount of

1

the Award, plus interest, (iii) awarding Dicalite the legal fees and costs of this petition to confirm, as well as (iv) such other and further relief as the Court deems just and proper.

Dated: New York, New York
      October //, 2007

BARRY L. KATZ, ESQUIRE

By: _____
Barry L. Katz, Esquire (BK3638)
225 City Avenue, Suite 14
Bala Cynwyd, PA 19004
(610) 660-8806