Barry L. Katz
225 City Avenue, Suite 14
Bala Cynwyd, PA 19004
(610) 660-8806

Attorney for the Petitioner
Dicalite Armenia, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DICALITE ARMENIA, INC.

        Petitioner,

-against-

PROGRESS BULK CARRIERS, LTD.

        Respondent.

**AFFIRMATION OF SERVICE**

No. 07 Civ 8660 (WHP)

---

STATE OF NEW YORK   )
                          :ss.:
COUNTY OF NEW YORK  )

      BARRY L. KATZ, an attorney at law admitted to the bar of this Court, hereby affirms the following under penalty of perjury: he is over 18 years of age, is not a party to the action, and resides at 325 Thornbrook Avenue, Rosemont, PA.

      That on October 11, 2007 he served a true copy of the Amended Notice of Petition to Confirm Arbitration Award and to Enter Judgment by mailing to Progress Bulk at the following addresses:

                          Progress Bulk Carriers, Ltd.
                          c/o Med Brokerage and Management
                          29 Continental Place
                          Glen Cove, New York 11542-2935

Dated: October   , 2007

                                            Barry L. Katz, Esquire