UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

DICALITE ARMENIA, INC.,
      Plaintiff(s),

-against-

PROGRESS BULK CARRIERS, LTD.,
      Defendant(s).
------------------------------------------------X

JUDGE PAULEY
Index No. 07 CIV 8660

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                     S.S.:
COUNTY OF NEW YORK)

      NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 9th day of October 2007, at approximately 3:40 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD AND TO ENTER JUDGMENT, PETITION TO CONFIRM ARBITRATION AWARD AND TO ENTER JUDGMENT, ORDER, MEMORANDUM OF LAW IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD AND TO ENTER JUDGMENT, AFFIDAVIT OF BARRY KATZ IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD AND TO ENTER JUDGMENT AND DISCLOSURE STATEMENT OF DICALITE ARMENIA, INC.** upon Progressive Bulk Carriers, Ltd. c/o Med Brokerage and Management at 29 Continental Place, Glen Cove, NY 11542, by personally delivering and leaving the same with Arif Ors, Manager, who informed deponent that he is an agent authorized by appointment to receive service at that address.

      Arif Ors is a Israeli male, approximately 40 years of age, stands approximately 5 feet 8 inches tall and weighs approximately 185 pounds with black hair and brown eyes.

_____
NELSON CARVAJAL #965441

Sworn to before me this
10th day of October, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 2008