**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
DICALITE ARMENIA, INC.,

          Plaintiff(s),                  Index No. 07 CV 8660

   -against-                          AFFIDAVIT OF SERVICE

PROGRESS BULK CARRIERS, LTD.,

          Defendant(s).
--------------------------------------------------------------------X
STATE OF NEW YORK   )
                    S.S.
COUNTY OF ROCKLAND   )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen

years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 15th day of October, 2007, at approximately the time of 2;25 PM, deponent

served a true copy of the SUMMONS, CIVIL COVER SHEET, NOTICE OF PETITION, PETITION TO

CONFIRM ARBITRATION AWARD AND TO ENTER JUDGMENT, ORDER, MEMORANDUM OF

LAW IN SUPPORT, AFFIDAVIT OF BARRY KATZ IN SUPPORT AND DISCLOSURE

STATEMENT OF DICALITE ARMENIA, INC. upon PROGRESS BULK CARRIERS, LTD. at Law

Offices of Peter D. Wolf, 25 Main Street (Back Entrance), Hastings-on-Hudson, New York 10706, by

personally delivering and leaving the same with PETER D. WOLF, who informed deponent that he is

authorized by PROGRESS BULK CARRIERS, LTD. to receive service at that address.

        PETER D. WOLF is a white male, approximately 53 years of age, stands approximately 5

feet 7 inches tall, weighs approximately 200 pounds with black and gray hair, beard, brown eyes and

glasses.

DAVID KSIAZEK #0974523

Sworn to before me this
17th day of October, 2007

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com