Keith W. Heard (KH-8578)
Burke & Parsons
100 Park Avenue
New York NY  10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DICALITE ARMENIA, INC.,**<br><br>                    Petitioner,<br><br>     -against-<br><br>**PROGRESS BULK CARRIERS, Ltd.,**<br><br>                    Respondent. | RULE 7.1 STATEMENT<br><br>07 CV 8660 (WHP)<br><br>Electronically Filed |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, respondent Progress Bulk Carriers, Ltd. hereby represents to this Honorable Court that said respondent does not have a corporate parent that is publicly traded nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated:    New York, NY
             November 9, 2007

                                   BURKE & PARSONS
                                   Attorneys for Respondent
                                   Progress Bulk Carriers, Ltd.

                                   By  s/ Keith W. Heard
                                       Keith W. Heard (KH-8578)
                                       100 Park Avenue
                                       New York NY  10017-5533
                                       (212) 354-3800

0002 - Rule 7.1 statement.doc