UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

DICALITE ARMENIA, INC.

              Petitioner,

-against-

PROGRESS BULK CARRIERS, LTD.

              Respondent.

**STIPULATION OF DISMISSAL**

No. 07 Civ 8660 (WHP)

STATE OF NEW YORK  )
                            :ss.:
COUNTY OF NEW YORK  )

It is hereby stipulated and agreed, by and between the undersigned, that this action is DISMISSED with prejudice and without the award of costs to any party.

Dated: December 31, 2007

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

1/17/08

Dicalite Armenia, Ltd.

By _____
Barry L. Katz (BK-3638)
Suite 14
225 City Avenue
Bala Cynwyd, PA 19004
(610) 660-8806

Progress Bulk Carriers, Ltd.

By _____
Keith W. Heard (KH-8578)
c/o Burke & Parsons
30th floor
100 Park Avenue
New York, NY 10017-5533
(212) 354-3815